RECEIVED

JUN 1 6 2006

OFFICE OF U.S. DISTRICT JUDGE
BRUCE S. JENKINS

FILED
U.S. DISTRICT COURT

2006 JUL -5 P 5: 23

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:06CV172 BSJ |
| Petitioner, | : | |
| v. | : | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| STEVEN R. THAYER, | : | District Judge Bruce S. Jenkins |
| | | Magistrate Judge Brooke Wells |
| Respondent. | : | |

The United States of America filed a petition to enforce its September 27, 2005 IRS

Summons ("the Summons") pursuant to 26 U.S.C. §§ 7402(b) and 7604(a). This Court issued an

Order to Show Cause on March 1, 2006, which referred this matter to Magistrate Judge Wells under

28 U.S.C. § 636(b)(3) and directed her to hear the evidence and make a written recommendation to

this Court for proper disposition. United States v. Jones, 581 F.2d 816, 817 (10th Cir. 1978)

(referring IRS summons enforcement to magistrate judge under 28 U.S.C. § 636(b)(3)). After

reviewing the record de novo, I adopt the Magistrate Judge's Report and Recommendation and find

that Respondent has failed to show cause why he should not be compelled to comply with the

Summons. Consequently, I order Respondent to provide to the IRS the information requested in the

Summons **within 20 days** after service upon Respondent of this Order.

DATED this 5th day of June 2006.

BY THE COURT:

Bruce S. Jenkins, United States District Court Judge

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the

District of Utah, and that a copy of the foregoing Order was mailed, postage prepaid, this  15th  day

of June, 2006 to the following:

Steven R. Thayer
8082 W. Thoreau Dr.
Magna, UT 84044

